UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MERYL WORMSER,

        Plaintiff,

vs.                                                   Case No. 8:11-CV-82-T-27MAP

CREDITORS FINANCIAL
GROUP, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is Plaintiff's Notice of Dismissal with Prejudice (Dkt. 4). In accordance with the Notice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 1st day of March, 2011.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record